UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA GIBRAN MAYWEATHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MRS. PIANA,<br><br>　　　　Defendant. | Case No. 8:24-cv-00338-JLS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order Regarding Complaint issued by the assigned magistrate judge (Dkt. 4), and the Report and Recommendation of the magistrate judge issued on April 5, 2024 (Dkt. 6, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

　　　　Therefore, IT IS HEREBY ORDERED that Plaintiff's Request to Proceed in Forma Pauperis (Dkt. 2) is DENIED and Judgment shall be entered dismissing this action with prejudice.

Dated: June 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge