JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSHUA GIBRAN MAYWEATHER,  ) Case No. 8:24-cv-00338-JLS-JDE
                            )
                Plaintiff,  )
                            ) JUDGMENT
            v.              )
                            )
MRS. PIANA,                 )
                            )
                Defendant.  )
                            )
                            )
_____   )

    Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated:  June 30, 2024

_____
JOSEPHINE L. STATON
United States District Judge